TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00387-CV







In the Matter of C. K.









FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. J-14,478, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING







PER CURIAM



 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Appellant's Motion

Filed: September 27, 1995

Do Not Publish